UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

_____

| | | |
|---|---|---|
| CLIFTON DONELL LYLES, | ) | C/A No.: 4:14-cv-1063-TMC-TER |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| WARDEN CECILIA REYNOLDS, | ) | |
| | ) | |
| Respondent. | ) | |
|_____| ) | |

This matter is before the court on a motion filed by Petitioner to amend his petition along with a proposed amended petition. (Doc. # 42-1). Respondent filed a response consenting to the motion to amend and requested the motion to amend the petition be deemed the new petition outlining the claims. Unless either party files an objection within fifteen (15) days from the date of this order, the court will grant Plaintiff's motion and direct the Clerk of Court to file the proposed amended petition (Doc. # 42-1) as the new petition and, thereafter, give the Respondent twenty-one (21) days to respond.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
Thomas E. Rogers, III
United States Magistrate Judge

March 12, 2015
Florence, South Carolina